**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Fogg,

                                    Plaintiff(s),

                         -against-                                    **ORDER RE**
City of New Rochelle. et al.,                          **SETTLEMENT CONFERENCE**
                                                                   **PROCEDURES**
                                    Defendant(s).
----------------------------------------------------------------X        7:22-cv-03935-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

        This matter is scheduled for a in person settlement conference before Magistrate Judge

Victoria Reznik on   March 4, 2024 at 2:30 pm at  HON. CHARLES L. BRIEANT

JR.,FEDERAL BUILDING AND COURTHOUSE, 300 QUARROPAS STREET,WHITE

PLAINS, NY 10601, COURTROOM 420.   The following procedures shall apply:

        **Confidentiality.** All settlement conferences are "off the record" and strictly

confidential. All communications relating to settlement may not be used in discovery and will

not be admissible at trial.

**REQUIRED**

        1.  *Ex parte* **letter submissions. No later than five (5) business days** before the

conference, counsel for each party must send the Court <u>by e-mail</u> an *ex parte* letter, marked

"Confidential Material for Use Only at Settlement Conference," which should not be served on

the other parties or filed on ECF. The letter should be sent by e-mail to

<u>ReznikNYSDChambers@nysd.uscourts.gov</u>.

        The *ex parte* letter must not exceed ten (10) pages in length (not including exhibits)

unless permission to do so has been granted by the Court. The letter should include, at a

minimum, the following: (1) the history of settlement negotiations, if any, including any prior

offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of

the settlement value of the case and the rationale for it; (4) any case law authority in support of

the party's settlement position; and (5) any other facts that would be helpful to the Court in

preparation for the conference.  **If a letter is accompanied by attachments exceeding ten (10)**

**pages in length, the submitting party shall hand deliver a hard copy of the letter plus**

**attachments to the Court.**

2.   **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement

demand, such a demand must be communicated to the opposing party **no later than 14 days**

**before the conference**. If it has not already done so, the opposing party shall respond to any

demand **no later than 7 days thereafter**. The parties should not wait for the settlement

conference to start negotiations of a resolution of their dispute.

3.   **Attendance.** It is the Court's standard practice to require parties – and not just

counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf

of each party must attend the settlement conference or otherwise be available by phone to

approve any proposed settlement. Any party who fails to comply with the attendance

requirements may be required to reimburse all other parties for their time and travel expenses, if

any, and may face other sanctions.

**IF ELECTRONIC DEVICES ARE NEEDED, PLEASE SUBMIT THE ATTACHED**

**REQUEST TO THE CHAMBERS EMAIL BOX THE DAY BEFORE THE**

**CONFERENCE.**

        **SO ORDERED.**

DATED:      White Plains, New York
            February 23, 2024

_____

VICTORIA REZNIK
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————— x



IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


———————————————————————————————— x


         The following Order is subject to the definitions, obligations and restrictions imposed pursuant to
Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

         ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/
or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in
a proceeding or trial in the action captioned:

_____.

       ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

       The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering the
Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by
the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing
Order M10-468, as Revised.

              SO ORDERED:


Dated:          _____



                                              _____
                                                       United States Judge



Revised: July 1, 2019.