UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Fogg.,

                              Plaintiffs,

            -against-

City of New Rochelle, et al.,

                              Defendant.

----------------------------------------------------------------X

**ORDER RE SETTLEMENT CONFERENCE**

7:22-cv-03935-KMK

**VICTORIA REZNIK, United States Magistrate Judge:**

A follow up settlement conference Status Conference (via Teams) is hereby scheduled **March 25, 2024 at 3 pm** with attorneys only. The parties or a representative with settlement authority should be available by telephone. The attorneys will be provided with Teams links for the conference by email.

**SO ORDERED.**

DATED:    White Plains, New York
               March 15, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge